SHEPPARD MULLIN RICHTER & HAMPTON LLP
JILL M. PIETRINI (Cal. Bar No. 138335)
  jpietrini@sheppardmullin.com
PAUL A. BOST (Cal. Bar No. 261531)
  pbost@sheppardmullin.com
BENJAMIN O. AIGBOBOH (Cal. Bar No. 268531)
  baigboboh@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701

*Attorneys for Defendants*
METRO-GOLDWYN-MAYER INC. and WARNER
BROS. ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEUS EX MACHINA MOTORCYCLES PTY. LTD., an Australia private limited company, <br><br> Plaintiff, <br><br> v. <br><br> METRO-GOLDWYN-MAYER INC., a Delaware corporation, and WARNER BROS. ENTERTAINMENT INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:20-cv-04822-PLA <br><br> **DECLARATION OF PAUL A. BOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Date:          September 30, 2020 <br> Time:          10:00 a.m. <br> Courtroom: 255 E. Temple St., #780 <br> Judge:         Hon. Paul L. Abrams <br><br> Complaint Filed:  May 29, 2020 |

I, Paul A. Bost, declare and state as follows:

1.      I am special counsel at Sheppard Mullin Richter & Hampton, LLP, counsel for defendants Metro-Goldwyn-Mayer Inc. and Warner Bros. Entertainment Inc. ("Defendants") in this case.  I submit this declaration in support of Defendants' motion to dismiss Plaintiff Deus Ex Machina Motorcycle Pty. Ltd.'s ("Plaintiff") complaint.  I am over the age of 18, I have personal knowledge of the facts set forth herein, and I could and would competently testify about these matters if called upon to do so.

2.      Attached hereto as **Exhibit A** are true and correct copies of printouts of definitions of "deus ex machina" from the following publications:  *A Glossary of Literary Terms* by M.H. Abrams and Geoffrey Harpham, 9th Ed. (2009); *A Poet's Glossary* by Edward Hirsch (2014); and *The Oberon Glossary of Theatrical Terms* by Colin Winslow, 2d Ed. (2011).

3.      Lodged concurrently with this declaration, and marked as **Exhibit B**, is a true and correct DVD of Defendants' motion picture at issue, *The Sun is Also a Star* (the "Film").

4.      Lodged concurrently with this declaration, and marked as **Exhibit C**, is a true and correct paperback copy of the novel *The Sun is Also a Star* by Nicola Yoon.

5.      Lodged concurrently with this declaration, and marked as **Exhibit D**, is a DVD loaded with a true and correct copy of Defendants' official trailer for the Film.

6.      Attached hereto as **Exhibit E** are true and correct printouts from the websites referred to in paragraph of Plaintiff's complaint (Dkt. 1), hjacket.com and newamericanjackets.com, reflecting the sale of a purported replica jacket from the Film.  I printed these printouts on June 22, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of August, 2020 at Los Angeles, California.

/s/Paul A. Bost
Paul A. Bost

SMRH:4851-4480-4034.1

EXHIBIT A

TO THE DECLARATION OF PAUL A. BOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

*M.H. Abrams*

*Geoffrey Galt Harpham*

# A GLOSSARY OF LITERARY TERMS

## NINTH EDITION

**Performance Poetry.** Since the seventeenth century poetry, like other forms of literature, has been composed primarily for printing. In recent years, however, the ancient tradition has been revived in a number of modes, some of which involve either an audience has been accounted the performance itself. Taken together, the temporizing the poem during the first widespread and sustained revival of oral compositions can be accounted of the print culture in the fifteenth century. (S poetry since the beginning of *Renaissance*.) During the rebellious 1960s, for oral poetry; also *printing*, under (public recitations, often to musical accompan example, **poetry happenings** of the countercultural scene. Later, other margin ment) were an integral part of similar performances, usually in urban settings a lized groups who regarded poetry in print as academic and elitist. "1 lized groups produced similar poetry in print as competitions in which rival poets w fore audiences emerged in the 1980s as competitions by members of the poetry slam emerged in the 1980s productions by rhythm, succinctness, cla poetry slam ...ts was marked ..., ed. Regie Cabico, Todd Swift, .. .-hese (as well as other mod



# A Glossary of Literary Terms

NINTH EDITION

**M. H. ABRAMS**
*Cornell University*

**Geoffrey Galt Harpham**
*National Humanities Center*



WADSWORTH
CENGAGE Learning

Australia • Brazil • Japan • Korea • Mexico • Singapore • Spain
United Kingdom • United States



**A Glossary of Literary Terms,
Ninth Edition**
M. H. Abrams, Geoffrey
Galt Harpham

Publisher: Michael Rosenberg

Managing Development Editor:
Karen Judd

Senior Editorial Assistant:
Megan Garvey

Content Project Manager:
Jessica Rasile

Production Technology Analyst:
Jamison MacLachlan

Senior Art Director:
Cate Rickard Barr

Senior Print Buyer: Betsy Donaghey

Text Permissions Editor: Margaret
Chamberlain-Gaston

Production Service/Compositor:
Newgen

Cover Design: Ross Carron Design

© 2009, 2005  Wadsworth Cengage Learning

ALL RIGHTS RESERVED. No part of this work covered by
the copyright herein may be reproduced, transmitted,
stored, or used in any form or by any means graphic,
electronic, or mechanical, including but not limited to
photocopying, recording, scanning, digitizing, taping,
Web distribution, information networks, or information
storage and retrieval systems, except as permitted un-
der Section 107 or 108 of the 1976 United States
Copyright Act, without the prior written permission of
the publisher.

For product information and technology
assistance, contact us at
**Cengage Learning Academic Resource Center,
1-800-423-0563**

For permission to use material from this text or
product, submit all requests online at
**www.cengage.com/permissions**.
Further permissions questions can be
e-mailed to
**permissionrequest@cengage.com**.

Library of Congress Control Number: 2008924505

ISBN-13: 978-1-4130-3390-8

ISBN-10: 1-4130-3390-3

**Wadsworth Cengage Learning**
25 Thomson Place
Boston, MA 02210
USA

Cengage Learning products are represented in
Canada by Nelson Education, Ltd.

For your course and learning solutions, visit
**academic.cengage.com.**

Purchase any of our products at your local college
store or at our preferred online store
**www.ichapters.com**.

Printed in the United States of America
1 2 3 4 5 6 7 12 11 10 09 08

detail, and are treated with what seemed to a classical taste a blatant indecorum of style. For Wordsworth's deliberate inversion of traditional decorum at the beginning of the nineteenth century, by investing the common, the lowly, and the trivial with high dignity and sublimity, see M. H. Abrams, *Natural Supernaturalism* (1971), pp. 390–408. For references to *decorum* in other entries, see pages *134, 213, 269, 374.*

**deep structure** (linguistic): **176**.

**defamiliarize: 127**.

**deictic** (dīk′ tĭk): **208**.

**deism:** A widespread mode of religious thought that manifested faith in human reason during the European *Enlightenment* in the latter part of the seventeenth and the eighteenth centuries. Deism has been succinctly described as "religion without revelation." The thoroughgoing deist renounced, as violating reason, all "revealed religion"—that is, all religions, including Christianity, which are based on faith in the truths revealed in special scriptures at a certain time and place, and therefore available only to particular individuals or groups. The deist instead relied on those truths which, it was claimed, prove their accord with universal human reason by the fact that they are to be found in all religions, everywhere, at all times. Accordingly the basic tenets of deism—for example, that there is a deity, discoverable by reasoning from the creation to the creator, who deserves our worship and sanctions all moral values—were, in theory, the elements shared by all particular, or "positive," religions. Many thinkers assimilated aspects of deism while remaining professing Christians. Alexander Pope, without renouncing his Catholicism, expressed succinctly the basic tenets of deism in his poem "The Universal Prayer" (1738), which begins

> Father of all! in every age,
> In every clime adored,
> By saint, by savage, and by sage,
> Jehovah, Jove, or Lord!

**deliberative oratory: 311**.

**demotic style** (dĕmŏt′ ik): **350**.

**denotation: 57**.

**denouement** (dānoomän′): **268**.

**descriptive–meditative lyric: 269**.

**deus ex machina:** Deus ex machina is Latin for "a god from a machine." It designates the practice of some Greek playwrights (especially Euripides) to end a drama with a god, lowered to the stage by a mechanical apparatus, who by his judgment and commands resolved the dilemmas of the human characters. The phrase is now used for any forced and improbable device—a telltale birthmark, an unexpected

inheritance, the discovery of a lost will or letter—by which a hard-pressed author resolves a plot. Conspicuous examples occur even in major novels like Charles Dickens' *Oliver Twist* (1837–38) and Thomas Hardy's *Tess of the D'Urbervilles* (1891). The German playwright Bertolt Brecht *parodied* such devices in the madcap conclusion of his *Threepenny Opera* (1928). See *plot*.

**diachronic**  (dīakrŏn′ ik): **172**.

**dialects: 174**.

**dialogic criticism:**  Dialogic criticism is modeled on the theory and critical procedures of the Soviet critic Mikhail Bakhtin who, although he published his major works in the 1920s and 1930s, remained virtually unknown to the West until the 1980s, when translations of his writings gave him a wide and rapidly increasing influence. To Bakhtin a literary work is not (as in various *poststructural* theories) a text whose meanings are produced by the play of impersonal linguistic or economic or cultural forces, but a site for the dialogic interaction of multiple voices, or modes of discourse, each of which is not merely a verbal but a social phenomenon, and as such is the product of manifold determinants that are specific to a class, social group, and speech community. A person's speech does not express a pre-existent and autonomous individuality; instead, his or her character emerges in the course of the dialogue and is composed of languages from diverse social contexts. Each utterance, furthermore, whether in actual life or as represented in literature, owes its precise inflection and meaning to a number of attendant factors— the specific social situation in which it is spoken, the relation of its speaker to an actual or anticipated listener, and the relation of the utterance to the prior utterances to which it is (explicitly or implicitly) a response.

Bakhtin's prime interest was in the novel, and especially in the ways that the multiple voices that constitute the text of any novel disrupt the authority of the author's single voice. In *Problems of Dostoevsky's Poetics* (1929, trans. by Caryl Emerson, 1984), he contrasts the **monologic** novels of writers such as Leo Tolstoy —which undertake to subordinate the voices of all the characters to the authoritative discourse and controlling purposes of the author—to the **dialogic form** (or "polyphonic form") of Fyodor Dostoevsky's novels, in which the characters are liberated to speak "a plurality of independent and unmerged voices and consciousnesses, a genuine polyphony of fully valid voices." In Bakhtin's view, however, a novel can never be totally monologic, since the narrator's reports of the utterances of another character are inescapably "double-voiced" (in that we can distinguish therein the author's own accent and inflection), and also dialogic (in that the author's discourse continually reinforces, alters, or contests with the types of speech that it reports).

In *Rabelais and His World* (trans. 1984), Bakhtin proposed his widely cited concept of the **carnivalesque** in certain works of literature. This literary mode parallels the flouting of authority and temporary inversion of social hierarchies that, in many cultures, are permitted during a season of carnival. The literary work does so by introducing a mingling of voices from diverse social levels that are free to mock and subvert authority, to flout social norms by ribaldry, and to

# A
# POET'S
# GLOSSARY

## EDWARD HIRSCH

# A POET'S
# Glossary

## Edward Hirsch

Houghton Mifflin Harcourt

Boston ❧ New York

2014

Copyright © 2014 by Edward Hirsch

All rights reserved

For information about permission to reproduce selections from this book,
write to Permissions, Houghton Mifflin Harcourt Publishing Company,
215 Park Avenue South, New York, New York 10003.

www.hmhco.com

*Library of Congress Cataloging-in-Publication Data is available.*
ISBN 978-0-15-101195-7

Book design by Greta Sibley

Printed in the United States of America
DOC 10 9 8 7 6 5 4 3 2 1

Credits appear on pages 708–709.

Copyrighted material

*descriptive poetry*  Poetry that describes something, that pictures and represents it in words. *Wasf*, or descriptive verse, was one of the four main categories of medieval Arabic poetry. (The other three were the *fakhr*, or "boast"; the *hija*, or "invective"; and the *marthiya*, or "elegy"). The *wasf* tradition was highly developed, and poets elaborately described single subjects, such as hunting animals or seeing different kinds of flowers. They described natural scenes and memorable occasions. The medieval Hebrew poets adapted this tradition and used poetry to describe gardens and palaces, the pleasures of wine, the beauties of young men and women.

Descriptive verse also flourished in Europe in the sixteenth, seventeenth, and eighteenth centuries, especially in landscape and topographical poetry. James Thomson's nature poem *The Seasons* (1730) is one of the defining classics of descriptive poetry. Description can seldom be sustained as an end in itself in poetry — Thomson's many imitators seemed to prove this — and thus descriptive poetry gave way in the nineteenth century to description *in* poetry. The descriptive impulse has often been derided by critics. Thus John Keats's ode "To Autumn" (1820), one of the most beautiful poems in the language, was once condescended to as "mere description." Everything starts with description, the pictorial impulse, the visual representation of the world, in a range of poets extending from William Wordsworth to Elizabeth Bishop.

SEE ALSO *fakhr, hija, nature poetry, topographical poetry, wine poetry.*

*deus ex machina*  Latin: "god from the machine." A plot device in which something unexpectedly appears — a person, a group, an object — to help a character overcome a seemingly insolvable difficulty. In ancient Greek theater, a crane (*mekhane*) was frequently used to transport gods onto the stage, where they intervened in the action. More than half of Euripides's extant tragedies, for example, employ a *deus ex machina*. The Latin phrase comes into English through Horace's *Ars Poetica* (ca. 19–18 B.C.E.), where he instructs poets that they should never resort to a god from the machine in order to solve their plots. Friedrich Nietzsche argues in *The Birth of Tragedy* (1872), "The *deus ex machina* has taken the place of metaphysical solace."

SEE ALSO *tragedy.*

*dialogue*  In a general sense, we think of dialogue as a verbal exchange between two or more imaginary speakers in fiction, drama, or poetry. This

# COLIN WINSLOW

# THE OBERON GLOSSARY OF THEATRICAL TERMS

## THEATRE JARGON EXPLAINED

### SECOND EDITION

COLIN WINSLOW

# THE

# OBERON

# GLOSSARY

# OF

# THEATRICAL

# TERMS

### SECOND EDITION

*Theatre jargon explained.*

OBERON BOOKS

LONDON ENGLAND
WWW.OBERONBOOKS.COM

COLIN WINSLOW

# THE OBERON GLOSSARY OF THEATRICAL TERMS

## SECOND EDITION

*Theatre jargon explained.*

OBERON BOOKS

LONDON ENGLAND

WWW.OBERONBOOKS.COM

Copyrighted material

First published in 1991 by Oberon Books Ltd
521 Caledonian Road, London N7 9RH
Tel: 020 7607 3637 / Fax: 020 7607 3629
e-mail: info@oberonbooks.com
www.oberonbooks.com

Second edition (revised), 2011

Electronic edition published in 2012

Copyright © Colin Winslow 1991, 2011

Colin Winslow is hereby identified as author of this work in accordance with section 77 of the Copyright, Designs and Patents Act 1988. The author has asserted his moral rights.

You may not copy, store, distribute, transmit, reproduce or otherwise make available this publication (or any part of it) in any form, or binding or by any means (print, electronic, digital, optical, mechanical, photocopying, recording or otherwise), without the prior written permission of the publisher. Any person who does any unauthorized act in relation to this publication may be liable to criminal prosecution and civil claims for damages.

A catalogue record for this book is available from the British Library.

PB ISBN: 978-1-84943-091-3
E ISBN: 978-1-84943-710-3

Printed, bound and converted in Great Britain by CPI Group (UK) Ltd., Croydon, CR0 4YY.

Visit www.oberonbooks.com to read more about all our books and to buy them. You will also find features, author interviews and news of any author events, and you can sign up for e-newsletters so that you're always first to hear about our new releases.

Copyrighted material

## Dd

**Dais** Low ROSTRUM, to support a formal seat such as a throne.

**Dame** Broadly comic transvestite role in PANTOMIME, often the hero's mother, such as 'Widow Twankey' in *Aladdin*. (*Cinderella* is unusual in having two Dames, – the 'Ugly Sisters'.)

**Dance belt** Crotch support worn by dancers beneath TIGHTS, usually flesh coloured for invisibility.

**Dance captain** Senior member of a CHORUS of dancers, with responsibility for liaising with the management, resolving disputes, and maintaining artistic standards.

**Dancer** Exponent of any kind of dance, either male or female.

**Dance routine** Sequence of dance moves of any kind, forming part of a MUSICAL or a VARIETY act.

**Dane, The Melancholy** Hamlet.

*Danseur noble* (Fr.) Leading male dancer in classical ballet, specialising in roles such as the Prince in *Swan Lake*.

*Danseuse* (Fr.) A female dancer.

**Dark** (adj.) Describes a theatre during periods when no performances are taking place.

**Darling** Term frequently used in the theatre when addressing a colleague of either sex. Not necessarily a term of endearment.

**Dayman** Member of the STAGE CREW employed full time, as opposed to those working only during performances. (cf. SHOWMAN.)

**DBO** Dead Black Out. Sudden extinguishing of all lights during a performance.

**DCMS** Department for Culture, Media and Sport. Government department created in 1997, replacing the Department of National Heritage, which had been created out of various other departments in 1992.

**Dead** (n.) Predetermined level for a FLOWN piece or LIGHTING BAR. (See IN DEAD and OUT-DEAD.)

(vb.) To set a level for a FLOWN piece or LIGHTING BAR.

(adj.) Refers to any object associated with a production that is no longer in use.

**Dead letter perfect** Dead Letter Perfect, or correct in every detail. Term used by actors when learning LINEs.

**Dead line** Single LINE from the FLYING SYSTEM set at a fixed height and not required to move during the performance. Used for some SPECIAL EFFECTS and for hanging immovable objects such as chandeliers.

**Dead spot** ONSTAGE position where sound does not project well into the auditorium due to some acoustical quirk. Experienced actors will detect these areas and compensate vocally.

**Death at the box office** A show, playwright or individual performer, with a reputation for failing to attract an audience, regardless of merit. The plays of Henrik Ibsen (1828-1906), possibly quite unjustifiably, have long been held such a reputation. (See BOX OFFICE.)

*Décor* (Fr.) Continental term for SCENERY. Infrequently used in the UK and N. America.

*Décorateur* (Fr.) Continental term for a SET DESIGNER.

**Delivery** The manner in which an actor speaks his lines.

**Demon King** The 'evil' protagonist in PANTOMIME, traditionally entering from STAGE LEFT with a PYROTECHNIC flash, a green SPOTLIGHT and an outburst of boos and hisses from the audience. His 'good' counterpart is usually the FAIRY QUEEN or some other appropriate spirit, whose domain (STAGE RIGHT) he is unable to enter.

*Dénouement* (Fr.) The unravelling of PLOT that frequently takes place in the last scene of a play, especially a WHODUNNIT.

**Designer** One responsible for artistic visual aspects of a PRODUCTION, especially SCENERY, costumes and/or lighting. Specialist designers are sometimes employed in areas such as MAKE-UP, PROJECTIONs, SPECIAL EFFECTS etc., and in recent years, the term has been extended to include video and SOUND design.

*Deus ex machina* (L.: The god from the machine.) Term deriving from ancient Greek theatre in which mechanical devices are believed to have been used to lower actors playing gods onto the stage. Now used to describe any dramatic intervention, by means of stage machinery or otherwise, often employed by the playwright to resolve a difficult situation in the PLOT.

**Dexion** Proprietary angled metal strips pre-drilled with holes for bolting together, useful for rapid construction of framework for ROSTRA, seating units etc.

**DFR** Durably Flame Retardant. Term applied to DRAPES or other materials sold for use on stage that will withstand a number of cleanings without losing their flame-retardant properties. (cf. NDFR and IFR.)

**Dialect coach** One who trains actors to speak in regional or foreign accents.

**Dialogue** Verbal interchange between characters in a play. The spoken parts of a MUSICAL or OPERETTA.

**Dichroic filter** Sophisticated glass colour filter for use with LUMINAIREs. Although comparatively fragile and more expensive than traditional GELs, they lack the gel's tendency to fade and distort, so usually last much longer.

# EXHIBIT B

# TO THE DECLARATION OF PAUL A. BOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

# PHYSICAL EXHIBIT SUBMITTED WITH CONCURRENTLY FILED NOTICE OF LODGING

# EXHIBIT C

# TO THE DECLARATION OF PAUL A. BOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

## PHYSICAL EXHIBIT SUBMITTED WITH CONCURRENTLY FILED NOTICE OF LODGING

# EXHIBIT D

# TO THE DECLARATION OF PAUL A. BOST IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

# PHYSICAL EXHIBIT SUBMITTED WITH CONCURRENTLY FILED NOTICE OF LODGING

EXHIBIT E

TO THE DECLARATION OF PAUL A. BOST IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

Case 2:20-cv-04822-PLA   Document 25-2   Filed 08/24/20   Page 23 of 30   Page ID #:104

**Navigation**

# YARA SHAHIDI THE SUN IS ALSO A STAR BOMBER JACKET

SHARE ▾



Case 2:20-cv-04822-PLA   Document 25-2   Filed 08/24/20   Page 24 of 30   Page ID #:105





**Product Specification**

Inspired by: the movie The Sun is Also a Star
Worn by: the character Natasha Kingsley
Played by: Yara Shahidi
Material: satin
Color: blue and yellow
Collar: rib knitted collar
Cuffs: rib knitted cuffs
Sleeves: long and fitting
Inner: soft viscose lining
Front: YKK zipper closure
Pockets: two side waist pockets
Fine quality stitching

✂ SIZE GUIDE

## 119.00$

Size

Choose an option ▼

1

ADD TO CART

Description    Additional information    Reviews (0)

## Product Description

### The Sun Is Also a Star Natasha Kingsley Satin Bomber Jacket

The Sun Is Also a Star Yara Shahidi Bomber Jacket is made from satin and comes in a stunning color combination of blue and yellow. The jacket has a rib knitted collar and a branded YKK zipper closure. The inner of the Natasha Kingsley Jacket consists of a soft viscose lining for warmth and comfort. The sleeves of the jacket are long and fitting with rib knitted cuffs. The Sun is Also a Star Yara Shahidi Bomber Jacket has two side waist pockets that are perfect for carrying stuff. The fine quality stitching makes the jacket durable to wear. The Sun is Also a Star Yara Shahidi Bomber Jacket is the replica of the one worn by the character.

## Related products





ONCE UPON A TIME EMMA SWAN BLACK JACKET
149.00$

DAKOTA JOHNSON FIFTY SHADES DARKER
COAT WITH HOOD
159.00$





MARY JANE WATSON SPIDERMAN BROWN
LEATHER JACKET
159.00$

HARLEY QUINN WINGS JACKET
99.00$

RECENTLY VIEWED

You have not viewed any product yet!

**ABOUT**

ABOUT HOLLYWOOD JACKET

TRACK YOUR ORDER

**GENERAL**

SHIPPING & HANDLING

DELIVERY & RETURNS

FAQ's

**TREND**

Blog

Lookbook

**ADVERT**

**CONTACT**

Contact

**FOLLOW US**

© 2020 HJacket - Inspirational Jackets of Film, TV, Video game and animated series. All Rights Reserved.
Powered & Designed by **Truqstudio**

🚚 FREE Worldwide Shipping    🔒 100% Secure Transaction    📦 Day Easy Returns

| LOGIN |



NEW ARRIVALS    MEN    WOMEN    CLEARANCE DEALS

FILM WEAR    TV SERIES    GAME

🔍    VIEW YOUR CART  (0)



## YARA SHAHIDI THE SUN IS ALSO A STAR JACKET

0 REVIEWS ☆☆☆☆☆    IN STOCK

~~$169.00~~ **$129.00**

**FREE SHIPPING WORLD WIDE**

SIZE:    [ SELECT A SIZE            ⌄ ]

[ - ] [ 1 ] [ + ]    ADD TO CART

✂ SIZE GUIDE

**IMPORTANT: SELECT YOUR SIZE ACCORDING TO OUR SIZE CHART**

**STAY HOME**
GET UPTO 40% OFF WITH FREE SHIPPING WORLDWIDE

**ORDER NOW & SAVE EXTRA $25. USE COUPON CODE: "STAYHOME"**

**COUPON CODE VALID TILL JUNE. 26**

**DESCRIPTION**    REVIEWS (0)

  

Product Specifications:

- External Material: Satin
- Inner: Viscose Lining
- Front: Zipper Closure, Ribbed Hemline
- Collar: Rib-knitted Round Neck
- Color: Mustard and Blue
- Pockets: Two Outside and One Inside
- Sleeves: Full-length with Rib-knitted Cuffs

SHARE:    f  t  p

## Natasha Kingsley The Sun Is Also a Star Satin Jacket

The crunch of alluring hues and the flattering shape, crafted out to make some change in your closet. This Natasha Kingsley The Sun Is Also a Star Satin Jacket is a key code to maximize your party look among your friends. Inspired by the actress Yara Shahidi that she has donned in the movie The Sun Is Also a Star, the teen drama film in which she has been performing the leading role of Natasha Kingsley.

Bombers endure in fashion in most modest gazes. You are messing up with the charisma by not picking it up for casual parties and get together. When you are already done with everything in your wardrobe this The Sun Is Also a Star Yara Shahidi Bomber Jacket, which has been made up of satin material give you lasting glam. Cosseted with viscose fabric inside for better comfort and the alluring mustard and blue hues separating it from your neutrals in your closet.



| NEWCOMERS | ON-SALE | FEATURED | PRODUCTS |
|---|---|---|---|
| **INHERITANCE LILY COLLINS JACKET** ~~$219.00~~ $179.00 | **MARK WAHLBERG SPENSER CONFIDENTIAL BROWN JACKET** ~~$249.00~~ $159.00 | **R.A.F B3 SHEARLING SHEEPSKIN BOMBER LEATHER JACKET** ~~$259.00~~ $209.00 | **A WALK AMONG THE TOMBSTONES LIAM NEESON JACKET** ~~$199.00~~ $169.00 |
| **INHERITANCE LILY COLLINS LEATHER COAT** ~~$209.00~~ $169.00 | **THE BACHELORETTE HANNAH BROWN FUR HOODED JACKET** ~~$189.00~~ $139.00 | **RAF B3 AVIATOR SHEARLING SHEEPSKIN FLYING BOMBER LEATHER JACKET** ~~$269.00~~ $199.00 | **RILEY NORTH PEPPERMINT JENNIFER GARNER LEATHER JACKET** ~~$199.00~~ $149.00 |

# Customer Service

**Information**
- › Blog
- › Size Guide
- › Privacy Policy
- › Return / Exchange

**Help**

**Popular Categories**
- › FAQ
- › Payment
- › Biker
- › Gamer
- › Superhero
- › New Arrivals
- › Varsity Style
- › Film Stars
- › Fathers Day
- › Game Character
- › Clearance Deals

**Men Categories**
- › Men's Blazer
- › Men's Quilted Jackets
- › Men's Bomber Jackets
- › Men's Cafe Racer Jackets

**Women Categories**

**Contact**
- › How to Checkout
- › Satisfied Customer
- › Women's Blazer
- › Women's Biker Jackets
- › About NAJ
- › Women's Quilted Jackets
- › Contact Us
- › Women's Cropped Jackets
- › My Account
- › Subscription

**Men Categories**
- › Blazer
- › Bomber
- › Quilted
- › Cafe Racer

**Women Categories**
- › Blazer
- › Biker
- › Quilted
- › Cropped

**Popular Categories**
- › New Arrivals
- › Biker Jackets
- › Gamer Jackets
- › Clearance Deals
- › Fathers Day Sale
- › Superhero Jackets
- › Varsity Style Jackets
- › Game Character Jackets
- › Film Stars Inspired Jackets

# Social

© 2020 NEWAMERICANJACKETS ALL RIGHTS RESERVED